**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

DEFEND ARLINGTON, *et al.*

    *Appellants*

        v.

UNITED STATES DEPARTMENT OF
DEFENSE, *et al.*,

        *Appellees*

**No. 24-5026**

**(consolidated with**

**Case No. 23-5306)**

**APPELLANTS'/PETITIONERS' UNOPPOSED
MOTION TO FILE SEPARATE BRIEF**

Pursuant to D.C. Circuit Rule 28(i), DEFEND ARLINGTON, et al Appellants/

Petitioners in the above-captioned and Consolidated matter, move to file a separate

Appellant brief with a combined brief word limit of no more than 6500 words (without

further leave of Court) and currently to be filed on 24 June 2024. Federal Appellees/

Respondents counsel have advised undersigned counsel that they do not oppose this

motion and counsel for Appellants Hudson, *et al.* is anticipated to file a separate, similar

motion.

In support of this motion Appellants/Petitioners would show unto the honorable Court the

following:

l.      THAT, while DC Circuit Rule 28 (i) encourages joint briefs in consolidated cases,

separate briefs are not strictly forbidden; and

2.      THAT Defend Arlington *et al.'s* counsel has initiated good faith efforts to organize and plan a joint brief with the Hudson et al Appellant group, most recently on 25 May, 2024.  On 29 May, 2024 Counsel for the Hudson, *et al* Appellants informed undersigned Counsel that they would file a separate brief and motion to further same.

3.      THAT Consolidated Appellants' Counsels have agreed to divide the total word count for separate briefs so as not to exceed the 6500 word limit per DC Circuit Rule 28 (2)(A), without further leave of the Court to do so.

4.   THAT there is precedent in this Court to approve motions to file separate briefs.  (See *Navajo Nation v. Peabody Holding Co.; United States Court of Appeals for the District of Columbia Circuit; February 11, 2003, Filed No. 02-7083 Consolidated with 02-7090*).

## RATIONALE

4. As the Court consolidated cases have progressed, important divergences in the two Plaintiff/Appellant groups. First, Defend Arlington *et al.'s* Issues on Appeal are substantially different than the Hudson Appellants.  Second, there is an unreconcilable disagreement as to how to present the Issues to the Court. Finally, the desired final outcome of the two groups may not be identical, which may be an impediment to a cohesive argument to the Court.

**RELIEF REQUESTED**

5.     Appellants/Petitioners request that the Court allow the filing of separate

Appellants briefs with a combined word count of no more than 13,000 words (without

further leave of court) as per Rule DC Circuit Rule 28 (2)(A).

Respectfully submitted,

/s/ Kirk David Lyons
Kirk David Lyons
Southern Legal Resource Center
PO Box 1235
Black Mountain, NC 28711
(828) 712-2115
kdl@slrc-csa.org
Attorney for Defend Arlington, *et al*. Appellants

Dated: 4 JUN 2024

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed R. App. P. 32(g)(l), this document contains 94 words. It also complies with the typeface requirements of the Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32 (a)(6) because this Motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-Point Times New Roman font.

Respectfully submitted,

/s/ Kirk David Lyons
Kirk David Lyons
Southern Legal Resource Center
PO Box 1235
Black Mountain, NC 28711
(828) 712-2115
kdl@slrc-csa.org
Attorney for Defend Arlington, *et al.* Appellants

**CERTIFICATE OF SERVICE**

I certify that on JUNE 4, 2024, I served Appellant's Unopposed Motion to File a Separate

Brief' in the above-captioned case upon all counsel registered with the Court's CMIECF

system.

Respectfully submitted,

/s/ Kirk David Lyons
Kirk David Lyons
Southern Legal Resource Center
PO Box 1235
Black Mountain, NC 28711
(828) 712-2115
kdl@slrc-csa.org
Attorney for Defend Arlington, *et al.* Appellants