IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DEFEND ARLINGTON, *et al.*<br><br>*Appellants*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br><br>*Appellees* | No. 24-5026 |

### APPELLANTS' MOTION FOR LEAVE TO FILE OUT OF TIME

Plaintiffs herein file this motion for leave to file one business day out of time. Despite counsel's best efforts, the October 15, 2024 deadline filing response to Defendant's reply to Appellant's Emergency Motion for Stay could not be met.

The logistics of preparing and filing the response was impossible due to insurmountable technology issues both for Counsel and his administrative assistant who are both physically located in areas heavily impacted by hurricanes Helene and Milton including, loss of power, loss of internet and spotty cell phone service, i.e. Western North Carolina and Florida.

Appellants do not believe that any prejudice will result to any party from this brief delay.

Counsel has conferred with opposing counsel who was not opposed to the

1

motion.

Respectfully submitted,

/s/ Kirk David Lyons
Kirk David Lyons
Southern Legal Resource Center
PO Box 1235
Black Mountain, NC 28711
(828) 712-2115
kdl@slrc-csa.org
Attorney for Defend Arlington, *et al*. Plaintiffs

Dated: October 16, 2024

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation because it contains 124 words, excluding the parts exempted by Fed. R. App. P. 32(a)(7)(iii) and Cir. R. 32(a)(1). I further certify that this motion complies with the typeface requirements of Fed. R. App. P.32(a)(5) and the typeface requirements of Fed. R. App. P. 32(a)(6) because the Motion was prepared in 14-point Times New Roman font using Microsoft Word.

Dated: October 16, 2024

                                                   /s/ Kirk D. Lyons  
                                                   Kirk D. Lyons

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

Dated: October 16, 2024                                /s/ Kirk D. Lyons
                                                                                  Kirk D. Lyons